**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Richard L. Duncan


      v.                                    Civil No. 08-cv-244-JL

Lakes Region Facility, Warden


**<u>REPORT AND RECOMMENDATION</u>**


     Plaintiff has a motion for immediate injunctive relief in
his <u>habeas</u> <u>corpus</u> petition case.  None of the issues raised are
remotely related to the <u>habeas</u> issues and he has not alleged that
the acts complained of are retaliatory for having brought the
<u>habeas</u> petition.  It is also apparent that he has not exhausted
administrative remedies.  In short, the motion is premature and
it must be filed as a separate §1983 case.  I recommend that the
motion (Document No. 3) be denied without prejudice to refiling
in a §1983 case after exhaustion of administrative remedies.


     Any objections to this report and recommendation must be
filed within ten (10) days of receipt of this notice.  Failure to

file objections within the specified time waives the right to appeal the district court's order.  See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 2986).


James Muirhead
United States Magistrate Judge


Date:     August 19, 2008

cc:       Richard L. Duncan, pro se