UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard L. Duncan

        v.                Civil No. 08-cv-244-JL

Lakes Region Facility, Warden

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 8/19/08, no objection having been filed.

SO ORDERED.

September 23, 2008

_____
Joseph N. Laplante
United States District Judge

cc:   Richard L. Duncan, Pro se