UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard L. Duncan</u>

          v.                                                          Civil No. 08-cv-244-JL

<u>Lakes Region Facility, Warden</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 26, 2009, no objection having been filed.

    SO ORDERED.

July 2, 2009                                                           _____
                                                                       Joseph N. Laplante
                                                                      United States District Judge

cc:    Richard L. Duncan, Pro se